FEB 13 2023

23-10048

Chapter 13 bankruptcy in which you develop a plan with your attorney and creditors to pay back your debt. Peco - $1,163.99, Pgw - $525.03, Water & Sewer $1,632.18 - Yes I am trying to figure out my creditors, so I can state paying them back. Some of them are already listed but I don't have attorney to help me out with the unknown creditors.

The trustee will look for expenses that appear too high. The court will use schedule to make sure you have enough money to make your month Chapter 13 plan payment. - The trustee will look the high expensive payments and I will also look at high expensive and question them.

Statement of financial affairs, or "SOFA" is required form in a Bankruptcy filing :- Please contact me on with statement of financial affairs, on my behalf.

Assets are the items your company owns that can provide future enonemic benefit Liabilities what you owe the parties :- Please forward me a copy of my liabilites that I owe.

Means test calculation form 122C-Q Chapter 13 Statement of your current monthly income: My monthly income is $574, until I find a job.

Form 102C-1 to list your average income for the last six months:
Calculation of Commitment period - Last six months Income $574. per week.

Please feel free to contact me with any further questions that need to be addressed.

Robert Riley
267-328-2707
Thank you,,
~~Please for all you~~,
Please